

# Fourth Court of Appeals
## San Antonio, Texas

December 13, 2018

No. 04-18-00850-CR

Ex parte Juan Gabriel **CISNEROS**,
Appellant

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 88-02-02179-CR
Honorable Federico Hinojosa, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying Juan Gabriel Cisneros's application for writ of habeas corpus pursuant to article 11.072 of the Texas Code of Criminal Procedure. Cisneros filed his notice of appeal on November 7, 2018. Therefore, the deadline for filing the reporter's record was fifteen days after he filed his notice of appeal, or November 26, 2018. *See* TEX. R. APP. P. 31.1. Court reporter Sonia G. Trevino has filed a notification of late reporter's record, stating that she expects the record to be completed by Saturday December 15, 2018. Her notification of late reporter's record is NOTED. We ORDER Sonia G. Trevino to file the reporter's record on or before December 17, 2018.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court